UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN GUMBINER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC. and WEST ELM, INC.,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 05 CV 2569 (RMB)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Undisputed Material Facts, the Declaration Chuck Birkett, the Declaration of Geoff Staff, the Declaration of Deborah Murtha, the Declaration of Jennifer Flegel, and the exhibits annexed thereto, and upon all prior pleadings and proceedings, the undersigned Attorneys for Defendants WILLIAMS-SONOMA, INC. and WEST ELM, INC., will move in the above-named Court, at Courtroom 706, before the Honorable Richard M. Berman, U.S.D.J. at the United States Courthouse located at 40 Centre Street, Room 706, New York, New York, on [to be determined by the Court], 2006 at 9:30 a.m., for an Order of the United States District Court for the Southern District of New York granting Defendants' Motion for Summary Judgment.

Dated: December 29, 2005

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Joseph Maddaloni, Jr., Esq. (JM- 1871)
　　　　　　　　　　　　　　　　　　　PORZIO, BROMBERG & NEWMAN, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Williams-Sonoma, Inc. & West Elm, Inc.*
　　　　　　　　　　　　　　　　　　　156 West 56th Street, Suite 1902
　　　　　　　　　　　　　　　　　　　New York, New York  10019-3800
　　　　　　　　　　　　　　　　　　　Tel: (212) 265-6888
　　　　　　　　　　　　　　　　　　　Fax: (212) 957-3983

994251

To:  Martin N. Silberman, Esq.
Silberman & Rhine LLP
*Attorneys for Plaintiff*
35 Worth Street
New York, New York  10013
212 219-2100
Fax  212 226-7554